IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GEORGE VAUGHN,

Plaintiff,

v.

DOLPHIN LINE INC., *et al.,*

Defendants.

Case No.: 14-289 JPG/SCW

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: October 16, 2015         JUSTINE FLANAGAN, Acting Clerk of Court

                                s/ Reid Hermann, Deputy Clerk


**Approved:**    *s/J. Phil Gilbert*
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**